PROB 12B - Page 1                                                                 Antoniotti, Richard

**PROB 12B**
(7/93)

## United States District Court
### for
### District of New Jersey
### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Antoniotti, Richard    Cr.: 06-00176-001    PACTS Number: 45078

Name of Sentencing Judicial Officer: Honorable Dickinson R. Debevoise

Date of Original Sentence: 6/16/08

Original Offense: Conspiracy to defraud the United States.

Original Sentence: Probation three years, restitution in the amount of $297,358.18, DNA testing, financial disclosure, no new debt, cooperate with the internal revenue service and six months home confinement.

Type of Supervision: Probation    Date Supervision Commenced: 6/16/08

### PETITIONING THE COURT

[ ] To extend the term of supervision for  Years, for a total term of      Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition: Offender is ordered to make at least $285.00 payments monthly towards the restitution balance until satisfied.

### CAUSE

Due to Mr. Antoniotti having a monthly income of $2600, and outstanding debt of $5000, he has agreed to make monthly restitution payments of at least $285.00 towards the balance, until satisfied.

Respectfully submitted,

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 02/26/08

PROB 12B - Page 2											Antoniotti, Richard

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

*William R. Weberman* USSDJ
Signature of Judicial Officer   Date  March 11, 2009

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Due to the offender having outstanding debt of $5000 monthly, he agrees to make at least $285.00 payments monthly towards the restitution balance.

Witness: _____  Signed: _____
Senior U.S. Probation Officer         Probationer or Supervised Releasee
Stanley K. Whetstone                  Antoniotti, Richard

_____
DATE