PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 701
Newark, NJ  07102
(973) 645-645-2736
LAB0321
FLU:KCPB

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                              *Plaintiff,*<br>v.<br><br>**RICHARD ANTONIOTTI,**<br><br>                              *Defendant,*<br>        and<br><br>**GREATER COMMUNITY BANK/VALLEY NATIONAL BANK, and its successors or assigns,**<br><br>                              *Garnishee.* | Hon.  Dickinson Debevoise<br><br>CRIMINAL No. 06-176<br><br>**GARNISHEE ORDER** |

An Application and Order for Writ of Garnishment was filed by the United States of America, and a Writ of Garnishment directed to Garnishee was duly issued.  The Garnishee waived service of the Writ of Garnishment by United States Marshal and accepted service by federal express mail.  Pursuant to the Writ of Garnishment, the Garnishee has filed an Answer to

the Writ stating that at the time of the service of the Writ he had in his possession, custody or under his control, personal property belonging to and due defendant, and that garnishee was indebted to defendant for ½ of the defendant's personal joint account(s). Any other business accounts belonging to Richard Antoniotti such as "Pro Finance" should be unfrozen and made available.

IT IS ORDERED that the garnishee pay ½ of the defendant's personal joint account(s) so that it may be applied to the defendant's financial obligation to the United States of America.

DATED: Sept. 7, 2010

_____
HON. DICKINSON DEBEVOISE, JUDGE
UNITED STATES DISTRICT COURT