PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 701
Newark, NJ  07102
(973) 645-645-2736
LAB0321
FLU:KCPB

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                                     *Plaintiff,*<br>v.<br><br>**RICHARD ANTONIOTTI,**<br><br>                                     *Defendant,*<br>        and<br><br>**SCOTTRADE,**<br>**and its successors or assigns,**<br><br>                                     *Garnishee.* | Hon.  Dickinson Debevoise<br><br>CRIMINAL No. 06-176<br><br>**GARNISHEE ORDER** |

An Application and Order for Writ of Garnishment was filed by the United States of America, and a Writ of Garnishment directed to Garnishee was duly issued.  The Garnishee waived service of the Writ of Garnishment by United States Marshal and accepted service by federal express mail.  Pursuant to the Writ of Garnishment, the Garnishee has filed an Answer to the Writ stating that at the time of the service of the Writ he had in his possession, custody or under his control,

personal property belonging to and due defendant, and that garnishee was indebted to defendant for $62,915.86 at the time the garnishment was received. The accounts were XXX-62086, XXX-64123 and XXX-64026. Any and all accounts belongs to Richard Antoniott's wife and children should be should be unfrozen and made available. It is also requested that the Garnishee withhold 25% for tax purposes.

IT IS ORDERED that the garnishee liquidate the defendant's account, withhold 25% and forward the remaining amount to the United States Attorney's Office so that it may be applied to the defendant's financial obligation to the United States of America.

DATED: Sept. 7, 2010

_____
HON. DICKINSON DEBEVOISE, JUDGE
UNITED STATES DISTRICT COURT