# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Richard Antoniotti   Cr.: 2:06CR00176-1
   PACTS #: 45078

Name of Sentencing Judicial Officer: Honorable Dickinson R. Debevoise,
   Senior United States District Court Judge

Date of Original Sentence: June 16, 2008

Original Offense: Fraud

Original Sentence: 5 years probation.

Type of Supervision: Probation   Date Supervision Commenced: June 16, 2008

## STATUS REPORT

U.S. Probation Officer Action:

On June 16, 2008, the offender was sentenced by Your Honor to five years probation. The following special conditions were imposed: six months home confinement, DNA testing, cooperation with the IRS, and no new debt while any tax obligation is outstanding. He was also ordered to pay a $100 special assessment and $297,358.18 restitution.

Mr. Antoniotti currently resides in Hasbrouck Heights, NJ. He has been employed with ProFinance since March, 2006. We believe that Mr. Antoniotti has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $101,836.19 towards his obligation. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Antoniotti's term of supervision to expire as scheduled on June 15, 2013.

Respectfully submitted,

By: Michael A. McLean
Supervising U.S. Probation Officer
Date: May 22, 2013

*No Response is necessary unless the court directs that additional action be taken as follows:*

[X] Concur with the recommendation of the U.S. Probation Office. Case to expire on June 15, 2013.
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

May 29, 2013
_____
Date